**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
gmclaughlin@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendants
MICHAELS STORES, INC., AARON BROTHERS, INC., ARTISTREE, INC., PATRICIA ARY, and JUDY WAYMIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>　　　　Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GARY MCLAUGHLIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION**<br><br>[Notice of Removal, Declarations of James O. King, Doug Marker, and Chris Freeman, Notice of Interested Parties, Notice of Related Cases, Request for Judicial Notice, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed: July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

# DECLARATION OF GARY MCLAUGHLIN

I, Gary McLaughlin, certify and declare as follows:

1. I am an attorney licensed to practice in all courts of the State of California. I am a partner in the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for Defendants Michaels Stores, Inc. ("Michaels"), Aaron Brothers, Inc. ("Aaron Brothers"), Artistree, Inc. ("Artistree"), Patricia Ary, and Judy Waymire (collectively, "Defendants"). I have personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and would testify competently thereto.

2. On July 10, 2014, a putative class action was commenced and is currently pending against Defendants in the Superior Court of California, County of Los Angeles, as Case No. BC551245, entitled *Ronald Kopstein, Plaintiff, v. Michaels Stores, Inc, a corporation; Aaron Brothers, Inc., a corporation; Artistree, Inc., a corporation; Patricia Ary, an individual; Judy Waymire, and individual; and Does 1-100, Defendants*.

3. On July 11, 2014, Kopstein sent copies of the summons and complaint via certified mail to Defendants Michaels, Aaron Brothers, Aristree, and Waymire. Attached hereto as **Exhibits A** through **D** are true copies of the Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, and Proof of Service of Summons received by Michaels, Aaron Brothers, Artistree, and Waymire, respectively.

4. Attached hereto as **Exhibit E** are true copies of proofs of service of summons on Michaels, Aaron Brothers, Artistree, and Waymire, filed in Los Angeles County Superior Court on July 11, 2014.

5. On July 11, 2014, Kopstein sent a copy of a summons and complaint via certified mail to Defendant Ary. Attached hereto as **Exhibit F** are true copies of the Summons, Complaint, Civil Case Cover Sheet, and Civil Case Cover Sheet Addendum contained in that mailing.

6. On or about July 30, 2014, a summons and complaint were left at a Michaels store in Goleta, California, but the summons erroneously stated that Ary was

served on behalf of Michaels Stores, Inc. Attached as **Exhibit G** to the McLaughlin Declaration are true copies of the Summons, Complaint, Civil Case Cover Sheet, and Civil Case Cover Sheet Addendum left at the Goleta store on July 30.

7. On August 6, 2014, another summons and complaint were left at the Goleta store which specified that Ary was served as an individual defendant. Attached hereto as **Exhibit H** are true copies of the Summons, Complaint, Civil Case Cover Sheet, and Civil Case Cover Sheet Addendum left at the Goleta store on August 6.

8. There have been no further proceedings in case number BC551245, and no other pleadings have been filed and served upon Kopstein or Defendants in this action.

9. A true copy of a judgment in the matter of *Martin v. "Old" Turner Inn*, Los Angeles County Superior Court, No. BC256037 (Feb. 27, 2003), retrieved from Westlaw verdict reports, is attached hereto as **Exhibit I**.

10. A true copy of a judgment in the matter of *Lindsey v. Century-National Ins. Co.*, Los Angeles County Superior Court, No. BC207941, 2000 WL 35913833 (Mar. 17, 2000), retrieved from Westlaw verdict reports, is attached hereto as **Exhibit J**.

11. A true copy of a judgment in the matter of *Spurling v. Brink's, Inc.*, U.S. District Court, Central District of California, No. 5:07-cv-01071-SGL-OP, 2009 WL 2342575 (Mar. 5, 2009), retrieved from Westlaw verdict reports, is attached hereto as **Exhibit K**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2014, in Los Angeles, California

Gary McLaughlin