# EXHIBIT E

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andrew D. Morrison (SBN 144216)<br>Ross & Morrison<br>315 S. Beverly Dr., Ste. 410<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: 310.285.0391  FAX NO. *(Optional):* 310.285.6083<br>E-MAIL ADDRESS *(Optional):* morrison@rossandmorrison.com<br>ATTORNEY FOR *(Name):* Plaintiff | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 11 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____Raul_____ Deputy<br>Raul Sanchez |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF/PETITIONER: RONALD KOPSTEIN

DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al.

CASE NUMBER: BC 551245

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 304

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Ntc of Case Assignment

3. a. Party served *(specify name of party as shown on documents served):*
      Michaels Stores, Inc.

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Carl S. Rubin, CEO

4. Address where the party was served:
   8000 Bent Branch Drive, Irving, TX 75063

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*       (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 132**

| PLAINTIFF/PETITIONER: RONALD KOPSTEIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | BC 551245 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* July 11, 2014          (2) from *(city):* Beverly Hills, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* Michaels Stores, Inc.
      under the following Code of Civil Procedure section:
      [✓] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                            [ ] other:

7. **Person who served papers**
   a. Name: Andrew D. Morrison
   b. Address: 315 S. Beverly Dr., Ste. 410  Beverly Hills, CA 90212
   c. Telephone number: 310-285-0391
   d. **The fee** for service was: $
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 11, 2014

Andrew D. Morrison                                              ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                   (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 133**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Andrew D. Morrison (SBN 144216)<br>Ross & Morrison<br>315 S. Beverly Dr., Ste. 410<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: 310.285.0391   FAX NO. *(Optional)*: 310.285.6083<br>E-MAIL ADDRESS *(Optional)*: morrison@rossandmorrison.com<br>ATTORNEY FOR *(Name)*: Plaintiff | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 11 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Raul Sanchez |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Stanley Mosk | |
| PLAINTIFF/PETITIONER: RONALD KOPSTEIN<br>DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | CASE NUMBER:<br>BC 551245 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>309 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Ntc of Case Assignment

3. a. Party served *(specify name of party as shown on documents served)*:
   Aaron Brothers, Inc.

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Harvey S. Kanter, President

4. Address where the party was served:
   1221 South Beltline Road, Ste. 500  Coppell, TX 75019

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 134

| | |
|---|---|
| PLAINTIFF/PETITIONER: RONALD KOPSTEIN | CASE NUMBER: |
| DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | BC 551245 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* July 11, 2014    (2) from *(city):* Beverly Hills, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* Aaron Brothers, Inc.
      under the following Code of Civil Procedure section:
      
      [✓] 416.10 (corporation)                  [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)          [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                [ ] 415.46 (occupant)
                                                [ ] other:

7. **Person who served papers**
   a. Name: Andrew D. Morrison
   b. Address: 315 S. Beverly Dr., Ste. 410  Beverly Hills, CA 90212
   c. Telephone number: 310-285-0391
   d. **The fee** for service was: $
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
          (i) [ ] owner [ ] employee [ ] independent contractor.
          (ii) Registration No.:
          (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 11, 2014

Andrew D. Morrison
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                         ▶ /s/ A. Morrison
                                                                                 (SIGNATURE)

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                    Page 2 of 2

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 135**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Andrew D. Morrison (SBN 144216) <br> Ross & Morrison <br> 315 S. Beverly Dr., Ste. 410 <br> Beverly Hills, CA 90212 <br> TELEPHONE NO.: 310.285.0391   FAX NO. *(Optional):* 310.285.6083 <br> E-MAIL ADDRESS *(Optional):* morrison@rossandmorrison.com <br> ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY <br> **FILED** <br> Superior Court of California <br> County of Los Angeles <br> JUL 11 2014 <br> Sherri R. Carter, Executive Officer/Clerk <br> By_____ Deputy <br> Raul Sanchez |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES <br> STREET ADDRESS: 111 North Hill Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: Stanley Mosk | |
| PLAINTIFF/PETITIONER: RONALD KOPSTEIN <br> DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | CASE NUMBER: <br> BC 551245 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 308 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Ntc of Case Assignment

3. a. Party served *(specify name of party as shown on documents served):*
   Artistree, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Harvey S. Kanter, President

4. Address where the party was served:
   850 Northlake Dr Ste 500  Coppell, TX 75019

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*      (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |
|---|---|---|

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 136**

| PLAINTIFF/PETITIONER: RONALD KOPSTEIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | BC 551245 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*: July 11, 2014          (2) from *(city)*: Beverly Hills, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* Artistree, Inc.
      under the following Code of Civil Procedure section:
      [✓] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)       [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)             [ ] 415.46 (occupant)
                                             [ ] other:

7. **Person who served papers**
   a. Name: Andrew D. Morrison
   b. Address: 315 S. Beverly Dr., Ste. 410  Beverly Hills, CA 90212
   c. Telephone number: 310-285-0391
   d. **The fee** for service was: $
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 11, 2014

Andrew D. Morrison                                          ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**                      Page 2 of 2

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 137**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andrew D. Morrison (SBN 144216)<br>Ross & Morrison<br>315 S. Beverly Dr., Ste. 410<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: 310.285.0391   FAX NO. *(Optional):* 310.285.6083<br>E-MAIL ADDRESS *(Optional):* morrison@rossandmorrison.com<br>ATTORNEY FOR *(Name):* Plaintiff | FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 11 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>Raul Sanchez |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Stanley Mosk | |
| PLAINTIFF/PETITIONER: RONALD KOPSTEIN<br>DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | CASE NUMBER:<br>BC 551245 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>308 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Ntc of Case Assignment

3. a. Party served *(specify name of party as shown on documents served):*
      Judy Waymire

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   c/o Michaels Stores, Inc.  8000 Bent Branch Drive, Irving, TX 75063

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*       (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: RONALD KOPSTEIN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MICHAELS STORES, INC. etc. et al. | BC 551245 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* July 11, 2014   (2) from *(city):* Beverly Hills, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [✓] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   - [✓] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
   - [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
   - [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
   - [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
   - [ ] 416.50 (public entity)   [ ] 415.46 (occupant)
   - [ ] other:

7. **Person who served papers**
   a. Name: Andrew D. Morrison
   b. Address: 315 S. Beverly Dr., Ste. 410 Beverly Hills, CA 90212
   c. Telephone number: 310-285-0391
   d. **The fee** for service was: $
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 11, 2014

Andrew D. Morrison
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2

**EXHIBIT E TO G. MCLAUGHLIN DECL. - PAGE 139**