# EXHIBIT I

**EXHIBIT I TO G. MCLAUGHLIN DECL. - PAGE 235**

42 Trials Digest 6th 3, 2003 WL 22416020 (Cal.Superior) (Verdict and Settlement Summary)

Copyright (c) 2012 Thomson Reuters/West
Superior Court, Los Angeles County, California.

Martin vs. The 'Old' Turner Inn

**TOPIC:**
Synopsis: Employee sues for failure to pay overtime

Case Type: Employment; Miscellaneous; Employment; Retaliation; Employment; Termination; Violation of Public Policy; Labor-Civil Actions; Code Violation

DOCKET NUMBER: BC256037

STATE: California
COUNTY: Los Angeles

Verdict/Judgment Date: February 27, 2003

JUDGE: Robert L. Hess
**ATTORNEYS:**
Plaintiff: Robert C. Robinson, Robinson & Campbell, Irvine.
Defendant: Priya G. Bhatt, Rodi, Pollock, Pettker, Galbraith & Cahill, Los Angeles.; Alfred Klein, Rodi, Pollock, Pettker, Galbraith & Cahill, Los Angeles.

**SUMMARY:**
Verdict/Judgment: Plaintiff

Verdict/Judgment Amount: $89,508

Range: $50,000-$99,999
$1,355 on claim for minimum wages; $32,488 for overtime wages; $3,350 waiting time penalties; on claim for wrongful termination in violation of public policy, economic damages of $2,315, non-economic and punitive damages of $50,000, reduced by the court to $10,000 based on Campbell v. State Farm; $147,610 attorney fees and costs. The jury voted 11 to 1 on all issues, except whether punitive damages should be assessed (12 to 0) and the amount of punitive damages (9 to 3).

Trial Type: Jury

Trial Length: 15 days.

Deliberations: 8 hours.

Jury Poll: Mixed poll.

**EXPERTS:**
Plaintiff: Cynthia Harada, nursing, San Pedro.
Defendant: Joseph Simms, psychologist, Los Angeles.

Case 2:14-cv-06561-GW-AGR   Document 1-11   Filed 08/20/14   Page 3 of 3   Page ID #:259

Martin vs. The 'Old' Turner Inn, 42 Trials Digest 6th 3 (2005)

**TEXT:**

**CASE INFORMATION**

**FACTS/CONTENTIONS**

According to Plaintiff: An employee filed suit against her employer for failure to pay overtime compensation. The plaintiff was Melinda Martin, an innkeeper. The defendants were The 'Old' Turner Inn, a California limited partnership, and Jeanne S. Hill, its general partner. Plaintiff alleged that she was a non-exempt employee who was owed minimum wage differentials, overtime pay, and waiting time penalties. She further alleged that she was wrongfully terminated for requesting compliance with overtime laws.

Defendants contended that plaintiff did not work any overtime hours and was terminated for legitimate reasons not having to do with her request for overtime law compliance or her complaint filed with the California Labor Commission.

**CLAIMED INJURIES**

N/A

**CLAIMED DAMAGES**

According to Plaintiff: Not reported.

**SETTLEMENT DISCUSSIONS**

According to Plaintiff: Demand: $45,000, inclusive of attorney fees and costs, made before filing of complaint, increased pre-trial to $125,000, inclusive of fees and costs. Offer: $5,000, increased pre-trial to $60,000, inclusive of fees and costs (CCP § 998).

**COMMENTS**

According to Plaintiff: Defendants made post-trial motions for JNOV/new trial, both of which were denied. They have filed an appeal.

Trials Digest, A Thomson/West business
Los Angeles County Superior Court/Downtown

**End of Document**                                                 © 2014 Thomson Reuters. No claim to original U.S. Government Works.

WestlawNext © 2014 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT I TO G. MCLAUGHLIN DECL. - PAGE 237