# EXHIBIT J

2000 WL 35913833 (Cal.Super.) (Verdict and Settlement Summary)

Copyright (c) 2012 Thomson Reuters/West
WEST'S JURY VERDICTS - CALIFORNIA REPORTS

Employer $370K Liable for Violating Calif. Family Leave Act

Superior Court, Los Angeles County, California.

Lindsey v. Century-National Ins. Co.

**Type of Case:**
Labor & Employment • Family & Medical Leave

Labor & Employment • Termination/Constructive Discharge

Labor & Employment • Violation of Public Policy

Labor & Employment • Breach of Contract

Labor & Employment • Discrimination

Labor & Employment • Retaliation

Vicarious Liability

**Specific Liability:** Employer terminated employee for taking leave of absences to attend to her son's illness in violation of public policy and state law

**General Injury:** Lost income; loss of earning capacity; emotional distress

**Jurisdiction:**
State: California
County: Los Angeles

**Related Court Documents:**
Plaintiff's complaint: 1999 WL 35105750

Defendants Century, Kramer-Wilson's statement: 2000 WL 35889321

Judgment: 2000 WL 35888510

Case Name: Century-National Insurance Company, Kramer-Wilson Company Inc. (incorrectly identified as Kramer & Wilson); Martha Loverace, an individual; Patti Rizzo, an individual; Monty Holy, an individual; and Does 1 through 100, inclusive

EXHIBIT J TO G. MCLAUGHLIN DECL. - PAGE 239

**Docket/File Number:** BC207941

**Verdict: Plaintiff, $370,000.00**

**Verdict Range:** $200,000 - 499,999

**Verdict Date:** March 17, 2000

**Judge:** Soussan Bruguera
**Attorneys:**
Plaintiff: Jeremy Pasternak and David H. Greenberg, Law Offices of David H. Greenberg, Beverly Hills, Calif.
Defendants (Century, Kramer-Wilson): Todd E. Croutch and Michael A. O'Flaherty, O'Flaherty, Cross, Martinez & Orlando, Woodland Hills, Calif.; The Berlin Law Firm, Burbank, Calif.

**Trial Type:** Jury
**Breakdown of Award:**
**$120,000.00 to plaintiff from defendant Kramer-Wilson in economic damages for discriminatory termination**
**$250,000.00 to plaintiff from defendant Kramer-Wilson in noneconomic damages for discriminatory termination**

**Summary of Facts:**
In 1983, Debra Lindsey was hired by Century National Insurance Co. and Kramer-Wilson Co. in Los Angeles County, Calif., as a claims representative and was promoted to a supervisory position in 1987. Lindsay contended she regularly received positive performance evaluations and was purportedly told by her superiors she would advance in the company if she continued to do a good job. On July 29, 1998, Lindsey left work to take her son, who had a chronic illness requiring periodic hospitalization and doctors' appointments, to the hospital. Prior to leaving work, she informed her supervisor, Patti Rizzo, as to why she was leaving early. Rizzo allegedly who told her she could leave and did not require Lindsey to do anything more. Lindsey said she called Rizzo twice to keep her informed of when she would return to work, which was Monday, Aug.3. When Lindsey returned to work she was terminated for not reporting her absences on an attendance sheet to human resources. Lindsey claimed it was Rizzo's responsibility as her supervisor to report absences of subordinates to human resources, and that good cause was required to terminate her employment.

Lindsey filed a lawsuit against Century; Kramer-Wilson; Rizzo; Martha Loverace, employee of the human resources department; and Monty Holy, vice president of Century and Kramer-Wilson in the Los Angeles County Superior Court March 30, 1999. She claimed discrimination, retaliation and wrongful termination in violation of public policy and the Calif. Family Medical Leave Act, breach of her implied employment contract including the covenant of good faith and fair dealing, and intentional infliction of emotional distress.

Compensatory and punitive damages were sought for her lost income, earning capacity, job benefits and emotional distress.

The case was heard before Judge Soussan Bruguera Feb. 28, 2000. An empanelled jury rendered verdict for Lindsey against Kramer-Wilson awarding total damages of $370,000 for discriminatory termination but no punitive damages March 17.

Judge Bruguera entered judgment on the verdict awarding attorney's fees and statutory costs to the plaintiff from the defendant April 20.

Court: Superior Court, Los Angeles County, California.

**End of Document**  © 2014 Thomson Reuters. No claim to original U.S. Government Works.