# EXHIBIT K

2009 WL 2342575 (C.D.Cal.) (Verdict and Settlement Summary)

Copyright (c) 2012 ALM Media Properties, LLC. All Rights Reserved
United States District Court, C.D. California, Eastern Division.

Richard Spurling v. Brink's Incorporated, a Delaware corporation

No. 5:07-cv-01071-SGL-OP
DATE OF VERDICT/SETTLEMENT: March 05, 2009

TOPIC: EMPLOYMENT - RETALIATION - EMPLOYMENT - RACE DISCRIMINATION - EMPLOYMENT - WRONGFUL TERMINATION

Black Man Fired for Refusing to Fire Another Black Worker: Lawsuit

**SUMMARY:**
RESULT: Verdict-Plaintiff

Award Total: $208,073

The jury awarded Spurling $208,073, finding that Brinks retaliated against him for refusing to fire the black supervisor, but that Brinks did not terminate him because of his race.

**EXPERT WITNESSES:**
**ATTORNEYS:**
Plaintiff: Michael B. Eisenberg; Eisenberg & Associates; Beverly Hills, CA (Richard Spurling, Richard Spurling); Joseph S. Socher; Eisenberg & Associates; Los Angeles, CA (Richard Spurling)

Defendant: James E. Kellett; Crowell & Moring LLP; New York, NY (Brink's Incorporated); Jonathan A. Moskowitz; Crowell & Moring LLP; New York, NY (Brink's Incorporated)

JUDGE: Stephen G. Larson

RANGE AMOUNT: $200,000-499,999

STATE: California
COUNTY: Not Applicable

**INJURIES: Spurling sought approximately $190,000 for past and future lost earnings and damages for emotional distress.**

**Facts:**
On July 22, 2005, plaintiff Richard Spurling, a black man, was terminated from his position as a branch manager with Brink's Inc. in San Bernardino.

According to Spurling, the presence of several black supervisors at his branch caused racial tension because the non-management employees were mostly white. Spurling alleged that, in April 2005, Brink's attempted to resolve the alleged racial tensions by asking him to fire one of the black supervisors. Spurling refused; shortly thereafter, he was placed on a Management Review Plan, and was terminated three months later.

Case 2:14-cv-06561-GW-AGR Document 1-13 Filed 08/20/14 Page 3 of 3 Page ID #:265

Richard Spurling v. Brink's Incorporated, a Delaware corporation, 2009 WL 2542575...

Spurling sued Brink's, alleging that he was terminated because he refused to fire the black supervisor and because of his race.

Brink's argued that Spurling was fired because he failed to comply with the terms of the Management Review Plan, citing his inability to improve employee morale.

He also sought a punitive damages award, but the court struck the punitive damages request on the defendant's motion at the close of evidence.

The defense argued that Spurling failed to mitigate damages.

ALM Properties, Inc.
United States District Court, Central District, Riverside

PUBLISHED IN: VerdictSearch California Reporter Vol. 8, Issue 31

---

**End of Document**  © 2014 Thomson Reuters. No claim to original U.S. Government Works.