**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
gmclaughlin@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendants
MICHAELS STORES, INC., AARON BROTHERS, INC., ARTISTREE, INC., PATRICIA ARY, and JUDY WAYMIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>　　　　　Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES O. KING IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION**<br><br>[Notice of Removal, Declarations of Gary McLaughlin, Doug Marker, and Chris Freeman, Notice of Interested Parties, Notice of Related Cases, Request for Judicial Notice, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed: July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

## DECLARATION OF JAMES O. KING

I, James O. King, certify and declare as follows:

1. I am currently employed as Senior Vice President and General Manager for Aaron Brothers, Inc. ("Aaron Brothers"). In that position, I am familiar with and have personal knowledge of Aaron Brothers' corporate organization, operations, policy-making procedures, workforce distribution, payroll information, and general business affairs.

2. Aaron Brothers is a wholly owned subsidiary of Michaels Stores, Inc.

3. Aaron Brothers is a corporation organized under the laws of the State of Delaware. Aaron Brothers is not incorporated in California.

4. Aaron Brothers maintains its corporate headquarters at 8001 Ridgepoint Drive, Irving, Texas 75063. Aaron Brothers' executive and administrative operations are centrally managed from this location.

5. The executive officers of Aaron Brothers, including its senior vice-president, vice-presidents, marketing functions, financial functions, maintain their offices at Aaron Brothers' headquarters in Irving, Texas.

6. From its headquarters in Texas, Aaron Brothers makes and implements company-wide operating, financial, employee relations, marketing, development, customer care, accounting, income tax, treasury, and legal policy decisions.

7. Aaron Brothers' financial records are maintained in Texas, and Aaron Brothers' tax returns are filed from Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 19, 2014, in Irving, Texas

_James O. King_
James O. King

1
DECLARATION OF JAMES O. KING IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION