1 **AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
2 GARY M. MCLAUGHLIN (SBN 217832)
JONATHAN P. SLOWIK (SBN 287635)
3 gknopp@akingump.com
gmclaughlin@akingump.com
4 jpslowik@akingump.com
2029 Century Park East, Suite 2400
5 Los Angeles, CA 90067
Telephone:    310-229-1000
6 Facsimile:    310-229-1001

7 Attorneys for Defendants
MICHAELS STORES, INC., AARON
8 BROTHERS, INC., ARTISTREE, INC.,
PATRICIA ARY, and JUDY WAYMIRE

9

10

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13

14 | RONALD KOPSTEIN,                        | Case No. |

15              Plaintiff,                   | **CLASS ACTION** |

16        v.                                 | **DECLARATION OF DOUG MARKER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION** |

17 MICHAELS STORES, INC., a
corporation; AARON BROTHERS,
18 INC., a corporation; ARTISTREE,
INC., a corporation; PATRICIA ARY,      [Notice of Removal, Declarations of
19 an individual; JUDY WAYMIRE, and        Gary McLaughlin, James O. King, and
individual; and DOES 1-100,              Chris Freeman, Notice of Interested
20                                          Parties, Notice of Related Cases,
              Defendants.                   Request for Judicial Notice, and Civil
21                                          Cover Sheet filed concurrently]

22                                          Date Action Filed:  July 10, 2014

23                                          (*Los Angeles County Superior Court,
                                            No. BC551245*)
24

25

26

27

28

### DECLARATION OF DOUG MARKER

I, Doug Marker, certify and declare as follows:

1.    I am currently employed as Vice President – Field Human Resources for Michaels Stores, Inc. ("Michaels").  In that position, I am familiar with and have personal knowledge of Michaels corporate organization, operations, policy-making procedures, workforce distribution, payroll information, and general business affairs.

2.    Michaels is a corporation organized under the laws of the State of Delaware.  Michaels has not been incorporated in California.

3.    Michaels maintains its corporate headquarters at 8000 Bent Branch Drive, Irving, Texas 75063.  Michaels executive and administrative operations are centrally managed from this location.

4.    The executive officers of Michaels, including the chief executive officer, chief financial officer, executive vice-presidents, and general counsel, maintain their offices at Michaels headquarters in Irving, Texas.  In addition, the executive vice-president of stores with overall responsibility for the operation of Company stores nationwide, including all California stores, resides in and maintains his office in Texas.

5.    From its headquarters in Texas, Michaels makes and implements company-wide operating, financial, employee relations, marketing, development, customer care, accounting, income tax, treasury, and legal policy decisions.

6.    The majority of meetings of Michaels Board of Directors take place in Texas, Michaels financial records are maintained in Texas, and Michaels tax returns are filed from Texas.

7.    In the regular course of business, Michaels maintains electronic human resources databases containing information regarding the employment status of its current and former employees, including employees in California.  I am familiar with these databases through my current and former positions, and I regularly use them in connection with my job responsibilities.  Queries of these databases revealed the following:

DECLARATION OF DOUG MARKER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION

1    8.    Ronald Kopstein is a former employee of Michaels.  He has never been

2    employed by Aaron Brothers or Artistree.

3    9.    During his employment with Michaels, Kopstein worked at a store in

4    Moorpark, California, and kept an Agoura Hills, California residential addresses on file

5    with the Company.

6    10.    Kopstein's employment with Michaels was terminated on or about

7    September 9, 2013.  At the time he was terminated, Kopstein's annual salary was

8    $77,719.20.

9    11.    Between July 10, 2011 and July 31, 2014, Michaels employed

10   approximately 18,887 individuals as non-exempt employees in California.  These

11   individuals all earned an hourly wage of at least $8.00 during this time, and typically

12   worked at least 4 hours or more per shift.  As of July 31, 2014, approximately 13,271 of

13   these employees are no longer employed by Michaels.

14   12.    Between July 10, 2011 and July 31, 2014, Michaels also employed

15   approximately 263 individuals in California as exempt employees.  These individuals all

16   earned annual salaries of at least $55,000 during this time.  As of July 31, 2014,

17   approximately 92 of these employees are no longer employed by Michaels.

18   13.    Between July 10, 2011 and the present, both non-exempt and exempt

19   employees in California all received vacation pay benefits under the Company's

20   California vacation policy.

21   I declare under penalty of perjury under the laws of the United States that the

22   foregoing is true and correct.

23   Executed on August 18, 2014, in Irving, Texas

24

25   _____

26   Doug Marker

27

28

DECLARATION OF DOUG MARKER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION