| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | GREGORY W. KNOPP (SBN 237615)<br>GARY M. MCLAUGHLIN (SBN 217832) |
| 3 | JONATHAN P. SLOWIK (SBN 287635)<br>gknopp@akingump.com |
| 4 | gmclaughlin@akingump.com<br>jpslowik@akingump.com |
| 5 | 2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 6 | Telephone:   310-229-1000<br>Facsimile:   310-229-1001 |
| 7 | Attorneys for Defendants |
| 8 | MICHAELS STORES, INC., AARON<br>BROTHERS, INC., ARTISTREE, INC., |
| 9 | PATRICIA ARY, and JUDY WAYMIRE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>        Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CHRIS FREEMAN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION**<br><br>[Notice of Removal, Declarations of Gary McLaughlin, Doug Marker, and James King, Notice of Interested Parties, Notice of Related Cases, Request for Judicial Notice, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed: July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

## DECLARATION OF CHRIS FREEMAN

I, Chris Freeman, certify and declare as follows:

1. I am currently employed as Vice President for Artistree, Inc. ("Artistree"). In that position, I am familiar with and have personal knowledge of Artistree's corporate organization, operations, policy-making procedures, workforce distribution, and general business affairs.

2. Artistree is a wholly owned subsidiary of Michaels Stores, Inc.

3. Artistree is a corporation organized under the laws of the State of Delaware. Artistree has not been incorporated in California.

4. Artistree maintains its corporate headquarters at 850 Northlake Drive, Coppell, Texas 75019. Artistree's executive and administrative operations are centrally managed from this location.

5. From its headquarters in Texas, Artistree makes and implements company-wide operating, financial, employee relations, marketing, development, customer care, accounting, income tax, treasury, and legal policy decisions.

6. Artistree's financial records are maintained in Texas, and Artistree's tax returns are filed from Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 18, 2014, in Coppell, Texas

_____
Chris Freeman

---
1
DECLARATION OF CHRIS FREEMAN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION