| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | GREGORY W. KNOPP (SBN 237615)<br>GARY M. MCLAUGHLIN (SBN 217832) |
| 3 | JONATHAN P. SLOWIK (SBN 287635)<br>gknopp@akingump.com |
| 4 | gmclaughlin@akingump.com<br>jpslowik@akingump.com |
| 5 | 2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 6 | Telephone:   310-229-1000<br>Facsimile:    310-229-1001 |
| 7 | Attorneys for Defendants |
| 8 | MICHAELS STORES, INC., AARON<br>BROTHERS, INC., ARTISTREE, INC., |
| 9 | PATRICIA ARY, and JUDY WAYMIRE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>          Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>[Notice of Removal, Declarations of Gary McLaughlin, Doug Marker, James O. King, and Chris Freeman, Notice of Interested Parties, Request for Judicial Notice, Request for Judicial Notice, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed: July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

Notice is hereby given, pursuant to Central District Civil Local Rule 83-1.3, by Defendants Michaels Stores, Inc. ("Michaels"), Aaron Brothers, Inc., Artistree, Inc., Patricia Ary, and Judy Waymire regarding the case listed below, pending in the Central District.

*In re Michaels Stores, Inc., Wage & Hour Emp't Practices Litig.*, Case No. 14-ml-2531 GW (AGRx), is a multidistrict litigation currently pending in the Central District against Michaels Stores, Inc., in which Ronald Kopstein is a plaintiff. The plaintiffs, including Kopstein, allege that they were misclassified as exempt employees and that Michaels failed to pay overtime wages due. Although that case does not assert any of the same underlying claims as the *Kopstein* action (*i.e.*, failure to pay accrued vacation wages, wrongful termination, and retaliation), both lawsuits assert derivative claims for Section 203 penalties for failure to pay all wages due at termination, Section 226 penalties for inaccurate wage statements, and unfair competition.

Dated: August 20, 2014

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
JONATHAN P. SLOWIK

By: /s/ Gary M. McLaughlin
Gary M. McLaughlin
Attorneys for Defendants
Michaels Stores, Inc., Aaron Brothers, Inc., Artistree, Inc., Patricia Ary, and Judy Waymire

1
DEFENDANTS' NOTICE OF RELATED CASES