| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | GREGORY W. KNOPP (SBN 237615)<br>GARY M. MCLAUGHLIN (SBN 217832) |
| 3 | JONATHAN P. SLOWIK (SBN 287635)<br>gknopp@akingump.com |
| 4 | gmclaughlin@akingump.com<br>jpslowik@akingump.com |
| 5 | 2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 6 | Telephone:   310-229-1000<br>Facsimile:    310-229-1001 |
| 7 | Attorneys for Defendants |
| 8 | MICHAELS STORES, INC., AARON<br>BROTHERS, INC., ARTISTREE, INC., |
| 9 | PATRICIA ARY, and JUDY WAYMIRE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>  Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>[Notice of Removal, Declarations of Gary McLaughlin, Doug Marker, James O. King, and Chris Freeman, Notice of Related Cases, Request for Judicial Notice, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed: July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

1  Pursuant to Central District Local Rule 7.1-1, the undersigned, counsel of record
2  for Defendants Michaels Stores, Inc., Aaron Brothers, Inc., Artistree, Inc., Patricia Ary,
3  and Judy Waymire, certifies that the following interested parties may have a pecuniary
4  interest in the outcome of this case.  These representations are made to enable the Court
5  to evaluate possible disqualification or recusal.

| Entities or Persons | Interest |
| --- | --- |
| Ronald Kopstein | Plaintiff |
| Michaels Stores, Inc. | Defendant and Parent of Aaron Brothers, Inc. and Artistree, Inc. |
| Aaron Brothers, Inc. | Defendant |
| Artistree, Inc. | Defendant |
| Patricia Ary | Defendant |
| Judy Waymire | Defendant |

Dated:  August 20, 2014

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
JONATHAN P. SLOWIK

By _____
Gary M. McLaughlin
Attorneys for Defendants
Michaels Stores, Inc., Aaron Brothers, Inc., Artistree, Inc., Patricia Ary, and Judy Waymire