**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
gmclaughlin@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Defendants
MICHAELS STORES, INC., AARON
BROTHERS, INC., ARTISTREE, INC.,
PATRICIA ARY, and JUDY WAYMIRE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100,<br><br>            Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REMOVAL OF ACTION**<br><br>[Notice of Removal, Declarations of Gary McLaughlin, Doug Marker, James O. King, and Chris Freeman, Notice of Related Cases, Notice of Interested Parties, and Civil Cover Sheet filed concurrently]<br><br>Date Action Filed:  July 10, 2014<br><br>(*Los Angeles County Superior Court, No. BC551245*) |

Pursuant to Federal Rule of Evidence 201, Defendants Michaels Stores, Inc., Aaron Brothers, Inc., Artistree, Inc., Patricia Ary, and Judy Waymire (collectively, "Defendants") respectfully request that the Court take judicial notice of the contents of other court files as follows:

1.    *Martin v. "Old" Turner Inn*, Los Angeles County Superior Court, No. BC256037, 42 Trials Digest 6th 3, 2003 WL 22416020 (Feb. 27, 2003).  Plaintiff brought causes of action for wrongful termination, alleging that she complained to her employer that it was not complying with overtime laws, and the employer fired her in retaliation.  The jury awarded $89,508 in compensatory and punitive damages.  *See* Declaration of Gary McLaughlin ("McLaughlin Decl."), Ex. F.

2.    *Lindsey v. Century-National Ins. Co.*, Los Angeles County Superior Court, No. BC207941, 2000 WL 35913833 (Mar. 17, 2000).  Plaintiff brought causes of action for retaliation and wrongful termination, alleging that she was fired after returning from a one-week absence from work to care for her son, who was ill.  She claimed damages for lost income, earning capacity, job benefits, and emotional distress.  The jury awarded $120,000 in economic and $250,000 in noneconomic damages.  *See* Declaration of Gary McLaughlin ("McLaughlin Decl."), Ex. G.

3.    *Spurling v. Brink's, Inc.*, U.S. District Court, Central District of California, No. 5:07-cv-01071-SGL-OP, 2009 WL 2342575 (Mar. 5, 2009).  Plaintiff brought claims for wrongful termination, alleging that he was fired because he refused to terminate an African American supervisor.  The jury awarded $208,073 in damages.  *See* Declaration of Gary M. McLaughlin ("McLaughlin Decl."), Ex. H.

The Court should take judicial notice of the contents of these court files as they are capable of accurate and ready determination by resort to public records whose accuracy cannot be reasonably questioned.  *See* Fed. R. Evid. 201(b); *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (finding courts may properly look to matters of public record) (abrogated on other grounds in *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 107 (1991)); *Simmons v. PCR Tech.*, 209 F. Supp.

2d 1029, 1033-34 (N.D. Cal. 2002) (finding it is proper to consider evidence from various jury verdict reporters to establish the amount in controversy).

Defendants request that the Court take discretionary judicial notice of the foregoing contents, based upon their existence in the foregoing court files. *See* Fed. R. Evid. 201(c). Alternatively, Defendants request that the Court take mandatory judicial notice of those contents based upon the jury verdict reporters supplied and attached to the McLaughlin Declaration, Exhibits F through H. *See* Fed. R. Evid. 201(d).

Dated:  August 20, 2014

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
JONATHAN P. SLOWIK

By _____
Gary M. McLaughlin
Attorneys for Defendants
Michaels Stores, Inc., Aaron Brothers,
Inc., Artistree, Inc., Patricia Ary,
and Judy Waymire