| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   | GREGORY W. KNOPP (SBN 237615) |
| 2 | GARY M. MCLAUGHLIN (SBN 217832) |
|   | JONATHAN P. SLOWIK (SBN 287635) |
| 3 | gknopp@akingump.com |
|   | gmclaughlin@akingump.com |
| 4 | jpslowik@akingump.com |
|   | 2029 Century Park East, Suite 2400 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone:   310-229-1000 |
| 6 | Facsimile:   310-229-1001 |
| 7 | Attorneys for Defendants |
|   | MICHAELS STORES, INC., AARON |
| 8 | BROTHERS, INC., ARTISTREE, INC., |
|   | PATRICIA ARY, and JUDY WAYMIRE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KOPSTEIN, | Case No. |
| Plaintiff, | **CLASS ACTION** |
| v. | **DEFENDANTS' PROOF OF SERVICE OF ITS REMOVAL OF ACTION AND SUPPORTING DOCUMENTS** |
| MICHAELS STORES, INC., a corporation; AARON BROTHERS, INC., a corporation; ARTISTREE, INC., a corporation; PATRICIA ARY, an individual; JUDY WAYMIRE, and individual; and DOES 1-100, | |
| | Date Action Filed: July 10, 2014 |
| Defendants. | (*Los Angeles County Superior Court, No. BC551245*) |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On August 20, 2014, I served the foregoing document(s) described as follows:

1. **DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a) & (d), 1441, 1446, AND 1453;**

2. **CIVIL COVER SHEET;**

3. **DECLARATION OF GARY MCLAUGHLIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

4. **DECLARATION OF JAMES O. KING IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

5. **DECLARATION OF DOUG MARKER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION;**

6. **DECLARATION OF CHRIS FREEMAN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL;**

7. **DEFENDANTS' NOTICE OF RELATED CASES;**

8. **DEFENDANTS' NOTICE OF INTERESTED PARTIES; AND**

9. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REMOVAL OF ACTION**

on the interested party(ies) below, using the following means:

ROSS & MORRISON
Gary B. Ross, Esq.
Andrew D. Morrison, Esq.
315 S. Beverly Drive, Suite 410
Beverly Hills, CA 90212
Tel No.: (310) 285-0391
Fax No.: (310) 285-6083
Email: morrison@rossandmorrison.com

☒ BY OVERNIGHT DELIVERY. I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

DEFENDANTS' PROOF OF SERVICE OF ITS REMOVAL OF ACTION AND SUPPORTING DOCUMENTS

1  ☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
2
3       Executed on August 20, 2014 at Los Angeles, California.
4
5  Carmen M. Ayala                              _____
   [Print Name of Person Executing Proof]       [Signature]
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28